UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Tamera L. Etheridge,<br><br>        Plaintiff,<br><br>v.<br><br>City of Roanoke Rapids, Joseph Scherer, *in his Official Capacity as City Manager*, John Simeon, *in his Official and Individual Capacity as Director Parks and Recreations*, Christina Coker, *in her Official and Individual Capacity as Aquatics Supervisor*,<br><br>        Defendants. | **JUDGMENT**<br><br>4:15-CV-89-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to deem service timely is DENIED. [DE 31]. Defendants' motion to dismiss is GRANTED. [DE 33].

This case is closed.

**This judgment filed and entered on May 31, 2016, and served on:**

Petre Earl Franks (via US Mail at 5289 Kelly Road, Bath, NC 27808)
Tracy C. Curtner (via CM/ECF Notice of Electronic Filing)
William L. Hill (via CM/ECF Notice of Electronic Filing)
Tamera L. Etheridge (via US Mail at 207 Old Farm Road, Roanoke Rapids, NC 27870)

May 31, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk